UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ARLO WASHINGTON**                                                                                          **PETITIONER**

v.                                                    No. 4:26CV00083

**NATIONAL CREDIT UNION**                                                                            **RESPONDENT**
**ADMINISTRATION BOARD**

## MOTION TO DISMISS

Respondent the National Credit Union Administration Board ("NCUAB") states as follows for its motion to dismiss Arlo Washington's application for relief:

1. Arlo Washington filed an Application seeking relief from an Order of Conservatorship issued by the NCUAB on January 14, 2026. *See* Application for Relief from Conservatorship, Doc. No. 1.

2. As founder, former CEO, and a member of the credit union, Washington lacks standing to apply to this Court for relief, so this Court lacks subject matter jurisdiction and the application must be dismissed. *See* Fed. R. Civ. P. 12(b)(1); 12 U.S.C. § 1786(h)(3); *In re United Independent Federal Credit Union*, 768 F. Supp. 42, 45 (E.D.N.Y. 1991).

3. Even if the Court finds that subject matter jurisdiction exists, Washington's application itself demonstrates that the NCUAB's placement of PTCFCU into conservatorship was within its statutory authority, and that the NCUAB did not act arbitrarily or capriciously, so the application must be denied. *See Bingham v. National Credit Union Administration Board*, 927 F.2d 282, 284 (6th Cir. 1991).

4. A brief in support of this motion is filed herewith and incorporated herein.

WHEREFORE, respondent the National Credit Union Administration Board respectfully requests that the Court dismiss petitioner's application, and for all other just and proper relief.

Respectfully submitted,

JONATHAN D. ROSS
United States Attorney
Eastern District of Arkansas

_____
Jamie Goss Dempsey
Ark. Bar No. 2007239
Assistant U. S. Attorney
425 W. Capitol Ave., Suite 500
Little Rock, Arkansas 72203
Tel.   (501) 340-2600
jamie.dempsey@usdoj.gov

## CERTIFICATE OF SERVICE

This will certify that a true and correct copy of the foregoing was filed with the Court *via* CM/ECF and a copy was sent *via* U.S. Mail on this 19th day of February, 2026, to the following:

Arlo Washington
5300 W. 65th Street
Little Rock, AR 72209

_____
Jamie Goss Dempsey
Assistant U.S. Attorney

2