**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 25 2026

TAMMY H. DOWNS, CLERK
By:_____
DEP CLERK

UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| **Arlo Washington, Individually & as a member of the People Trust Community Federal Credit Union** | Plaintiff/Petitioner | Civil Action No.: **4:26-cv-83-LPR** <br> Hearing Date: |
| vs. | | **DECLARATION OF SERVICE OF** <br> Summons in a Civil Action and Application for Relief from Conservatorship |
| **National Credit Union Administration: ATTN: Nicole Whaley** | Defendant/Respondent | |

## AFFIDAVIT OF SERVICE

This affidavit is for service on **National Credit Union Administration: ATTN: Nicole Whaley.**

[X] I personally delivered the **SUMMONS IN A CIVIL ACTION AND APPLICATION FOR RELIEF FROM CONSERVATORSHIP** to **NATIONAL CREDIT UNION ADMINISTRATION: ATTN: NICOLE WHALEY** at **17500 Cantrell Rd, Little Rock, AR, 72223** on **24th day of February, 2026**;

[ ] I left the **Writ Of Garnishment; Certificate Of Mailing; Notice To Defendant; Notice To The Garnishee; Allegations And Interrogatories** in the proximity of the individual by _____ after he/she refused to receive it when I offered it to him/her; or

[ ] I left the **Writ Of Garnishment; Certificate Of Mailing; Notice To Defendant; Notice To The Garnishee; Allegations And Interrogatories** with _____ [name] , a member of the defendant's family at least 18 years of age, at _____ [address] , a place where the defendant resides, on _____ [date]; or

[ ] I delivered the **Writ Of Garnishment; Certificate Of Mailing; Notice To Defendant; Notice To The Garnishee; Allegations And Interrogatories** to _____ [name of individual], an agent authorized by appointment or by law to receive service of summons on behalf of _____ [name of defendant] on _____ [date]; or

[ ] I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I served the **Writ Of Garnishment; Certificate Of Mailing; Notice To Defendant; Notice To The Garnishee; Allegations And Interrogatories** on the defendant by certified mail, return receipt requested, restricted delivery, as shown by the attached signed return receipt.

[ ] I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I mailed a copy of the **Writ Of Garnishment; Certificate Of Mailing; Notice To Defendant; Notice To The Garnishee; Allegations And Interrogatories** by first-class mail to the defendant together with two copies of a notice and acknowledgment and received the attached notice and acknowledgment form within twenty days after the date of mailing.

PAGE 1 OF 2
ORIGINAL PROOF OF
SERVICE

☐ Other [specify]: _____

☐ I was unable to execute service at _____
[place] :

_____

My fee is $: **$ 50.00**

**To be completed if service is by a sheriff or deputy sheriff:**

Date: _____   SHERIFF OF _____ COUNTY, ARKANSAS

By: _____

[Signature of server]

_____

[Printed name, title, and badge number]

**To be completed if service is by a person other than a sheriff or deputy sheriff:**
Per 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

NAME: *Andrea Ortiz* [signature]   n/a   2/24/2026
Andrea Ortiz            Server ID #   Date

Notary Public: Executed in Pulaski County, and subscribed and sworn before me on this ___24___ day of February in the year of 2026 Personally known to me __X__ or _____ identified by the following document:

[signature]
Notary Public (Legal Signature)

> LAI SMITH
> PULASKI COUNTY
> NOTARY PUBLIC - ARKANSAS
> My Commission Expires August 18, 2032
> Commission No. 12720233

Additional information regarding service or attempted service:
**I delivered the documents to ATTN: NICOLE WHALEY with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired white female contact 45-55 years of age, 5'4"-5'6" tall, weighing 140-160 lbs with glasses.**

PAGE 2 OF 2
ORIGINAL PROOF OF SERVICE

**Plaintiff:** Arlo Washington, Individually & as a member of the Peoples Trust Community Federal Credit Union

**v.**

**Defendant:** National Credit Union Administration c/o McLane Conyers-Ausbrooks

IN THE **District** COURT FOR **Eastern District of Arkansas**

Case No.: 4:26-CV-83-LPR

• • • • • • • • • • • • •

## AFFIDAVIT OF SERVICE OF PRIVATE PROCESS SERVER

I, LATISHA PALMER, do solemnly swear under the penalties of perjury that I have personal knowledge of the facts set out herein.

1. I am a competent person over the age of eighteen not a party to this case.
2. I served the following documents:
   Summons in a Civil Action, Application for Relief from Conservatorship, Relief Requested.

I personally served: Ricky Mack (Legal Office) on behalf of NCUA c/o McLane Conyers-Ausbrooks
At the following address: 1775 Duke Street Alexandria, VA 22314

Notes: Ricky Mack from the Legal Office came down to accept the legal documents on the behalf of the National Credit Union Administration c/o McLane Conyers-Ausbrooks. He was authorized to accept.

Date: 2/12/2026

Printed Name: LATISHA PALMER
Address: 1074 Marbork Pike District Heights, 20747
Phone Number: 240-459-8350
Email Address: PCISVC@gmail.com

**Description of Individual Served:**
DATE: 2/10/2026
TIME: 10:23 am
RACE: African American
GENDER: Male
HT: 5'6
WT: 150
APPROX AGE: 45-50