**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**ARLO WASHINGTON**                                                    **PETITIONER**

**v.**                                    **No. 4:26CV00083**

**NATIONAL CREDIT UNION**                                         **RESPONDENT**
**ADMINISTRATION BOARD**

## MOTION TO DISMISS FIRST AMENDED COMPLAINT

Respondent the National Credit Union Administration Board ("NCUAB") states as follows for its motion to dismiss Arlo Washington's first amended complaint:

1.     Arlo Washington filed his first amended complaint in this action on March 10, 2026. *See* Amended Complaint, Doc. No. 8.

2.     As founder, former CEO, and a member of the credit union, Washington lacks standing to apply to this Court for relief, so this Court lacks subject matter jurisdiction and the application must be dismissed. *See* Fed. R. Civ. P. 12(b)(1); 12 U.S.C. § 1786(h)(3); *In re United Independent Federal Credit Union*, 768 F. Supp. 42, 45 (E.D.N.Y. 1991).

3.     Even if the Court finds that subject matter jurisdiction exists, the pleadings in this action demonstrate that the NCUAB's placement of PTCFCU into conservatorship was within its statutory authority, and that the NCUAB did not act arbitrarily or capriciously, so this complaint must be dismissed. *See Bingham v. National Credit Union Administration Board*, 927 F.2d 282, 284 (6th Cir. 1991).

4.     A brief in support of this motion is filed herewith and incorporated herein.

WHEREFORE, respondent the National Credit Union Administration Board respectfully requests that the Court dismiss petitioner's application, and for all other just and proper relief.

Respectfully submitted,

JONATHAN D. ROSS
United States Attorney
Eastern District of Arkansas

_____
Jamie Goss Dempsey
Ark. Bar No. 2007239
Assistant U. S. Attorney
425 W. Capitol Ave., Suite 500
Little Rock, Arkansas 72203
Tel.   (501) 340-2600
jamie.dempsey@usdoj.gov

## CERTIFICATE OF SERVICE

This will certify that a true and correct copy of the foregoing was filed with the Court *via* CM/ECF and a copy was sent *via* U.S. Mail on this 20th day of March, 2026, to the following:

Arlo Washington
5 Talais Drive
Little Rock, AR 72223

_____
Jamie Goss Dempsey
Assistant U.S. Attorney