UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF ARKANSAS

CENTRAL DIVISION

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR **3 1** 2026

TAMMY H. DOWNS, CLERK

By:_____
                    DEP CLERK

ARLO WASHINGTON

Petitioner

v.

Case No. 4:26-cv-00083-BSM

NATIONAL CREDIT UNION ADMINISTRATION BOARD

Respondent

## EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

### I. INTRODUCTION

Petitioner respectfully moves this Court for an emergency Temporary Restraining Order to preserve the status quo and prevent the imminent liquidation of People Trust Community Federal Credit Union.

### II. FACTUAL BACKGROUND

Respondent placed the institution into conservatorship on January 16, 2026. The institution maintained a net worth ratio of approximately 3.12% and had submitted a Revised Business Plan addressing regulatory concerns.

Respondent is now moving toward expedited liquidation, which would permanently eliminate the institution and render judicial review meaningless.

## III. LEGAL STANDARD

A Temporary Restraining Order is appropriate where the movant demonstrates likelihood of success, irreparable harm, balance of equities in their favor, and that relief is in the public interest.

## IV. ARGUMENT

### A. Likelihood of Success on the Merits

Petitioner has demonstrated strong claims including improper denial of judicial review, violation of statutory corrective frameworks, arbitrary and capricious action, and due process concerns.

### B. Irreparable Harm

If liquidation proceeds, the institution will cease to exist, and no court order can restore it, making the harm irreparable.

### C. Balance of Equities

The harm to Petitioner and members outweighs any temporary delay imposed on Respondent.

### D. Public Interest

The public interest favors preserving access to financial services and ensuring agency accountability.

## V. RELIEF REQUESTED

Petitioner respectfully requests that the Court issue a Temporary Restraining Order prohibiting Respondent from proceeding with liquidation and preserving the status quo pending further proceedings.

## VI. CONCLUSION

Immediate relief is necessary to prevent irreparable harm and preserve the Court's ability to grant meaningful relief.

Respectfully submitted,

Arlo Washington, Pro Se
5 Talais Drive
Little Rock, Arkansas 72223
501.590.1700

## CERTIFICATE OF SERVICE

I certify that a copy of this motion was served on all parties via CM/ECF or other authorized means.