**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**



**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 0 1 2026

**TAMMY H. DOWNS, CLERK**

By:_____
                              **DEP CLERK**

Arlo Washington,
Plaintiff

v. Case No. 4:26CV00083

National Credit Union Administration,
Defendant

### EMERGENCY NOTICE OF CLARIFICATION AND SUPPLEMENTAL FACTS IN SUPPORT OF PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER

Plaintiff, proceeding pro se, respectfully submits this Emergency Notice to clarify and supplement the previously filed Motion for Temporary Restraining Order.

1. Plaintiff previously filed an Emergency Motion for Temporary Restraining Order seeking to prevent the imminent liquidation of People Trust Community Federal Credit Union ("PTCFCU").

2. Plaintiff has been informed that Defendant, the National Credit Union Administration ("NCUA"), intends to proceed with liquidation of PTCFCU on Friday, April 3, 2026.

3. Due to the exigent nature of the original filing, the specific liquidation date was inadvertently omitted.

4. This clarification establishes that the threatened harm is not speculative, but immediate and imminent, and may occur within hours or days absent intervention by this Court.

5. Once liquidation occurs, Plaintiff's claims will be rendered moot, and the institution cannot be restored as a going concern.

6. Plaintiff has submitted a proposed Temporary Restraining Order to facilitate immediate judicial relief.

7. Plaintiff respectfully requests expedited consideration within 24 hours due to the imminent April 3, 2026 liquidation.

**WHEREFORE**, Plaintiff respectfully requests that the Court consider this clarification and grant the pending Motion for Temporary Restraining Order.

Respectfully submitted,

*/s/ Arlo Washington*

**/s/ Arlo Washington**
Arlo Washington
Plaintiff, Pro Se
5 Talais Drive
Little Rock, Arkansas 72223
501-590-1700
arlo@providingequalopportunities.org