**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 0 1 2026

TAMMY H. DOWNS, CLERK

By:_____ DEP CLERK

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

Arlo Washington,
Plaintiff,

v. Case No. 4:26CV00083

National Credit Union Administration,
Defendant.

## DECLARATION OF ARLO WASHINGTON IN SUPPORT OF EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER

I, Arlo Washington, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am the Plaintiff in this matter and submit this Declaration in support of my Emergency Motion for Temporary Restraining Order.

2. I have been informed that the National Credit Union Administration intends to proceed with the liquidation of People Trust Community Federal Credit Union on **Friday, April 3, 2026**.

3. Based on my knowledge and involvement with the institution, such liquidation would immediately and permanently dissolve the credit union as a going concern.

4. The credit union serves approximately **1,800 members**, many of whom rely on it for essential financial services.

5. Members have already experienced service disruptions, and liquidation would further harm their financial stability and access to funds.

6. Once liquidation occurs, the institution cannot be restored, and the claims raised in this case would be rendered effectively moot.

7. I respectfully request that the Court act immediately to preserve the status quo and prevent irreparable harm.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 1st day of April, 2026.

*/s/ Arlo Washington*
**/s/ Arlo Washington**
Arlo Washington