UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF ARKANSAS

CENTRAL DIVISION



**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR **0 1** 2026

**TAMMY H. DOWNS, CLERK**

By:_____ **DEP CLERK**

ARLO WASHINGTON,

Plaintiff,

v.                              Case No. 4:26CV00083

NATIONAL CREDIT UNION ADMINISTRATION,

Defendant.

EMERGENCY SUPPLEMENTAL NOTICE REGARDING NEWLY DISCOVERED FACTS

Plaintiff, proceeding pro se, respectfully submits this Emergency Supplemental Notice to inform the Court of newly discovered facts relevant to Plaintiff's pending Motion for Temporary Restraining Order and Motion to Expedite.

1. After filing his prior motions, Plaintiff was informed that actions taken during conservatorship include the execution of financial instruments bearing Plaintiff's name and/or signature without Plaintiff's authorization.

2. This information was not known to Plaintiff at the time of his prior filings and is being provided promptly upon discovery.

3. The use of Plaintiff's name and/or signature in financial instruments without authorization creates direct and immediate harm, including potential legal, financial, and reputational consequences.

4. This ongoing conduct further underscores the urgency of Plaintiff's request for immediate injunctive relief.

5. Additionally, while Defendant asserts that Plaintiff lacks standing, the use of Plaintiff's identity or authority in financial transactions demonstrates a direct and personal connection to the conduct at issue.

WHEREFORE, Plaintiff respectfully requests that the Court consider this supplemental information in evaluating the pending Motion for Temporary Restraining Order and Motion to Expedite, and grant relief on an emergency basis.

Respectfully submitted,

/s/ Arlo Washington

Arlo Washington
Plaintiff, Pro Se
5 Talais Drive
Little Rock, Arkansas 72223
501-590-1700
arlo@providingequalopportunities.org