**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**ARLO WASHINGTON**                                                          **PLAINTIFF**
**Founder and former CEO of People**
**Trust Community Federal Credit Union**

**v.**                           **CASE NO. 4:26-CV-00083-BSM**

**NATIONAL CREDIT UNION**
**ADMINISTRATION BOARD**                                          **DEFENDANT**

## ORDER

Richard Washington's motion to file an amicus brief [Doc. No. 20] is granted because the scheduling order entered by Judge Rudofsky permits them. Although this is the case, in my eighteen years on the bench, I have never accepted amicus briefs and have never considered them when making decisions. For these reasons, I cannot guarantee Mr. Washington that I will read it.

IT IS SO ORDERED this 24th day of April, 2026.

_____
UNITED STATES DISTRICT JUDGE