## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

ARLO WASHINGTON                                                  PLAINTIFF
**Founder and former CEO of People**
**Trust Community Federal Credit Union**

**v.**                          **CASE NO. 4:26-CV-00083-BSM**

NATIONAL CREDIT UNION
ADMINISTRATION BOARD                                             DEFENDANT

### ORDER

Arlo Washington's motion for injunctive relief [Doc. No. 23] is denied. Washington seeks access to the People Trust Community Federal Credit Union's financial data and transactions history so that he can identify errors and inconsistencies, verify account balances, and monitor its activity while it is under the conservatorship of the National Credit Union Administration ("NCUA"). *See* Doc. No. 23. The NCUA moves to dismiss. *See* Doc. No. 24.

The motion is denied because Washington has not shown a threat of irreparable harm. *Watkins Inc. v. Lewis*, 346 F.3d 841, 844 (8th Cir. 2003) (relief will be denied if irreparable harm is not shown). This is true because the Credit Union is an entity completely separate from Washington, and his status as founder and member do not grant him a sufficient interest to establish that he will *personally* suffer irreparable harm if he is not granted the oversight he requests; rather, the harm cited is deterioration of the Credit Union itself. *Dataphase Sys., Inc. v. C L Sys., Inc.*, 640 F.2d 109, 114 (8th Cir. 1981) (relevant "threat of irreparable [is] to the movant"). Given this finding, there is no need to address the remaining requirements.

*See Adam Mellan v. Apartment Search, Inc.*, 96 F.3d 297, 299 (8th Cir. 1996) (failure to show irreparable harm is a sufficient basis to deny preliminary injunctions); *Dataphase* 640 F.2d at 113 ("The likelihood that plaintiff will ultimately prevail is meaningless in isolation."). Washington's motion is therefore denied.

IT IS SO ORDERED this 29th day of April, 2026.

UNITED STATES DISTRICT JUDGE