**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**ARLO WASHINGTON** **PLAINTIFF**

**v.** **CASE NO. 4:26-CV-00083-BSM**

**NATIONAL CREDIT UNION**
**ADMINISTRATION BOARD** **DEFENDANT**

**JUDGMENT**

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 20th day of August, 2026.

UNITED STATES DISTRICT JUDGE